IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

ANGEL D. HARRIS

_____/

INFORMATION

3:21mj93-EMT

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

That on or about January 3, 2021, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station, Pensacola, Florida, the defendant,

**ANGEL D. HARRIS,**

did knowingly or intentionally possess marijuana, a Schedule I controlled substance, without a valid prescription, in violation of Title 21, United States Code, Section 844(a).

## COUNT TWO

That on or about January 3, 2021, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station, Pensacola, Florida, the defendant,


FILED USDC FLND PN
MAR 15 '21 AM 7:07

**ANGEL D. HARRIS,**

did unlawfully trespass on military property for a purpose prohibited by law or lawful regulation in violation of Title 18, United States Code, Section 1382.

_____     March 13, 2021
JASON R. COODY                                          _____
Acting United States Attorney                         DATE